

80 STATE STREET, 11TH FLOOR
ALBANY, NY 12207

TELEPHONE (518) 449-3300
FACSIMILE (518) 432-3123

www.nhkllp.com

MATTHEW M. ZAPALA
Direct Dial: (518) 432-3133
Email:  mzapala@nhkllp.com

August 10, 2022

**VIA ECF**
Judge David N. Hurd
U.S. District Judge
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: **AGROSCI, INC. v. MARK PRESCOTT and AIR8GREEN LLC**
**Case No. 1:21-cv-01275 (DNH-CFH)**

Dear Judge Hurd:

Defendant Mark Prescott writes this letter regarding his pending Motion to Dismiss ("Motion", ECF No. 36). On July 11, 2022, the Plaintiff filed its Combined Opposition to the Motion ("Combined Opposition").

I am currently sick with Covid-19 and respectfully request an extension of time to file Defendant Prescott's Reply from August 15, 2022 to August 29, 2022. Plaintiff's counsel has consented to this request for an extension of time.

Thank you for the Court's time and consideration of this request.

Very truly yours,

*/s/* Matthew M. Zapala
Matthew M. Zapala, Esq.

cc: ECF Parties

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 8-11-2022

NH2022-2106082335-773278