**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AGROSCI, INC., <br><br> Plaintiff, <br> -against- <br><br> MARK PRESCOTT and AIR8GREEN, LLC, <br><br> Defendants. | CASE NO. 1:21-CV-01275 (DNH) (CFH) <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that, whereas no party hereto is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: November 14, 2023

**FOLEY HOAG LLP**

*/s/ Kristyn DeFilipp*
Kristyn DeFilipp (Admitted *Pro Hac Vice*)
Benjamin H. Weissman
1301 Avenue of the Americas
New York, New York 10019
Tel: (646) 927-5551
kbuncedefilipp@foleyhoag.com
bweissman@foleyhoag.com

*Attorneys for Plaintiff AgroSci, Inc.*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 11-15-2023

Dated: November 14, 2023

**NOLAN HELLER KAUFFMAN LLP**

*/s/ Matthew M. Zapala\**
Matthew M. Zapala
80 State Street – 11th Floor
Albany, New York 12207
Tel: (518) 432-3133
mzapala@nhkllp.com

*Attorneys for Defendant Mark Prescott*


Dated: November 14, 2023

**LIPPES MATHIAS LLP**

*/s/ Conor E. Brownell\**
Conor E. Brownell
54 State Street, Suite 1001
Albany, New York 12207-2527
Tel: (518) 462-0110
cbrownell@lippes.com

*Attorneys for Defendant Air8Green, LLC*

*Parties electronically consent.